IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT A. WILSON,<br><br>Defendant. | 8:19-CR-236<br><br>ORDER ON REQUEST FOR TRANSCRIPT |

This matter is before the Court on the Request for Transcript, filed by nonparty Rae'Lisha Alexander. Filing 44. The request for a transcript is granted, provided Ms. Alexander contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for preparation of the transcript. Otherwise, the motion is denied. Accordingly,

IT IS ORDERED:

1. The Request for Transcript, filed by nonparty Rae'Lisha Alexander, Filing 44, is granted as to the transcript under the conditions described above, and is otherwise denied; and

2. The Clerk is directed to mail a copy of this order and the docket report to Rae'Lisha Alexander at the address provided in Filing 44.

Dated this 29th day of November, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge